**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KELVIN EUGENE WILLIAMS, | ) | CASE NO. 17-63371-pmb |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned firm of Morris, Manning & Martin, LLP hereby enters its appearance as counsel in this case on behalf of Thermo Communications Funding, LLC ("Thermo"). Morris, Manning & Martin, LLP requests service of all papers pursuant to Bankruptcy Rule 2002 at the following address, and that the undersigned be added to the master mailing list in this case:

Lisa Wolgast, Esq.
Gwendolyn J. Godfrey, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326

All parties in interest are hereby put on notice that the aforementioned party in interest is represented by the undersigned and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other filings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that filing this Appearance and Request for Service of Papers is not, and may not be deemed or construed to be, (1) a waiver of Thermo's

substantive or procedural rights, all of which Thermo hereby expressly reserves, including, without limitation: (i) the right to entry of a final order in noncore matters only after *de novo* review by a Federal District Court, (ii) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the reference withdrawn by a Federal District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, interests, claims, actions, setoffs, or recoupments, or (2) consent to the jurisdiction of the Court.

This 2nd day of October, 2017.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: /s/    Lisa Wolgast
    Lisa Wolgast
    Georgia Bar No. 773399
    Gwendolyn J. Godfrey
    Georgia Bar No. 153004

3343 Peachtree Road, N.E.
Suite 1600
Atlanta, Georgia 30326
(404) 233-7000

*Attorneys for Thermo Communications Funding, LLC*

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KELVIN EUGENE WILLIAMS, | ) | CASE NO. 17-63371-pmb |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I certify that I have this day served a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS** upon:

**SEE ATTACHED DISTRIBUTION LIST**

by mailing a copy of same via United States Mail with sufficient postage to ensure delivery.

This 2nd day of October 2017.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: /s/     Lisa Wolgast
    Lisa Wolgast
    Georgia Bar No. 773399
    Gwendolyn J. Godfrey
    Georgia Bar No. 153004

3

John Gerard Brookhuis
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316-0919

CREDIT COLLECTION SERVICES
PO BOX 607
Norwood, MA 02062-0607

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

JPMorgan Chase Bank, National Association
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Georgia Power
96 Annex
Atlanta, GA 30396-0002

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

A. Michelle Hart Ippoliti
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

NCB Management Services
1 Allied Dr
Feasterville Trevose, PA 19053-6945

Santander Consumer USA Inc
PO Box 961245
Fort Worth, TX 76161-0244

Scana Energy
3344 Peachtree Rd NE #2150
Atlanta, GA 30326-4808

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK  73124-8848

TD Auto Finance
PO BOX 551080
Jacksonville FL 32255-1080

TD Auto Finance
PO Box 9223
Farmington, MI 48333-9223

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410-0001

Wells Fargo Dlr Svc/Wach
PO Box 1697
Winterville, NC 28590-1697

Kelvin Eugene Williams
590 Tahoma Drive
Atlanta, GA 30350-4000

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd. Suite 1720
Atlanta, GA 30345

SCANA Energy Marketing, Inc. dba SCANA Energ
220 Operation Way, MC 222
Cayce, SC 29033